| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anerio V. Altman, Esq. #228445<br>Lake Forest Bankruptcy<br>PO Box 515381<br>Los Angeles, CA 90051<br>Phone and Fax:  (949) 218-2002<br>avaesq@lakeforestbkoffice.com | |
| ☐  *Individual appearing without attorney*<br>☒  *Attorney for:* DEBTOR | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>SUSAN JO WHITE<br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-10652-ES<br><br>CHAPTER: 7<br><br><br>**NOTICE OF OPPOSITION AND<br>REQUEST FOR A HEARING** |
|---|---|

1.  TO (*specify name*):  HOLLIE LEMKIN

2.  NOTICE IS HEREBY GIVEN that  SUSAN JO WHITE
    a party in interest, hereby opposes the following request (*specify that which is opposed*):
    Docket #64:  Motion for Order Approving Questioning of Debtor by Creditor Hollie Lemkin at Meeting of Creditors
    Pursuant to 11 U.S.C. Section 341(a)

3.  This opposition is based upon the following grounds (*specify grounds*):
    Creditor Hollie Lemkin ("Creditor") is currently a Plaintiff in an open adversary proceeding against the Debtor in case
    number 8:21-ap-01104-ES.  Any discovery by and between the parties should take place in that proceeding
    pursuant to the Federal Rules of Bankruptcy Procedure.  Discovery is closed in that matter.  Allowing the Creditor to
    question the Debtor in the 341a hearing deprives the Debtor of her ability to properly defend herself and provides
    the Creditor with an additional opportunity to propound discovery outside the confines of the Adversary Proceeding.

    Creditor could have, but did not, request a 2004 exam in this matter.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1              **F 9013-1.3.OPPOSITION.REQ.HEARING**

4.  Attached hereto are the following documents in support of this opposition which are admissible under the Federal
    Rules of Evidence (*specify declarations and exhibits by name or description*):
    Declaration of Anerio V. Altman, Esq. in support of the following exhibits:
    A.  The Docket in this matter;
    B.  The Docket in Adversary Proceeding8:21-ap-01104-ES.

5.  ☐  *(Optional)* Attached hereto is a Memorandum of Points and Authorities upon which opposing party will rely.

6.  Total number of attached pages of supporting documentation: _____

Any reply to this opposition must be filed with the court and served on this opposing party not later than 7 days prior to the
hearing on the motion.

WHEREFORE, the undersigned prays that this court deny the subject request and set this matter for a hearing.

Date:  08/23/2022                              Respectfully submitted,

                                               Lake Forest Bankruptcy
                                               Printed name of law firm

                                               Signature

                                               Anerio V. Altman, Esq.
                                               Printed name

                                               Attorney for:  Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                         Page 2            F 9013-1.3.OPPOSITION.REQ.HEARING

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

PO Box 515381, Los Angeles, CA 90051

A true and correct copy of the foregoing document entitled: **Notice of Opposition and Request for a Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _08/23/2022_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _08/23/2022_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _08/23/2022_ | ANERIO V. ALTMAN, ESQ. | |
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

CM/ECF SERVICE

- **Anerio V Altman**    LakeForestBankruptcy@jubileebk.net,
  lakeforestpacer@gmail.com
- **Thomas H Casey (TR)**    msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Richard G. Heston**    rheston@hestonlaw.com,
  yflores@hestonlaw.com,docs@hestonlaw.com;HestonRR41032@notify.bestca
  se.com,handhecf@gmail.com
- **Bill J Parks**    attparks@aol.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
23151 Moulton Parkway Suite 131
Laguna Hills, CA 92653
Phone and Fax:  (949) 218-2002
avaesq@lakeforestbkoffice.com
**ATTORNEY FOR DEFENDANT
SUSAN J. WHITE**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| | |
|---|---|
| In re:  SUSAN J. WHITE | **Case No.:** 8:22-bk-10652-ES |
| | **Chapter:** 7 |
| | **DECLARATION OF ANERIO V. ALTMAN, ESQ. IN SUPPORT OF DEBTOR'S OPPOSITION TO DOCKET #64:  MOTION FOR ORDER APPROVING QUESTIONING OF DEBTOR BY CREDITOR HOLLIE LEMKIN AT MEETING OF CREDITORS PURSUANT TO 11 U.S.C. SECTION 341(a)** |
| | **JUDGE:** HON. ERITHE SMITH |

- 1

DECLARATION

**I, ANERIO V. ALMAN, ESQ.,** declare as follows:

1. I am over the age of 18 years old and I am legally able and competent to testify to the following in a court of law.

2. I am the attorney for Debtor Susan Jo White in bankruptcy case 8:22-bk-10652-ES.

3. I am familiar with the court's CM/ECF system.

4. On August 23rd, 2022 I printed out a true and correct copy of the Docket from bankruptcy case 8:22-bk-10652-ES.  A copy of that docket is attached as Exhibit A.  Exhibit A.

5. On August 23rd, 2022 I printed out a true and correct copy of the Docket from Adversary Proceeding 8:21-ap-01104-ES.  A copy of that docket is attached as Exhibit B.  Exhibit B.

6. Creditor Hollie Lemkin, by and through counsel, has never approached my office to discuss holding a 2004 exam in bankruptcy case 8:22-bk-10652-ES.

7. Creditor Hollie Lemkin, by and through counsel, has never approached my office to discuss extending the discovery deadlines in any capacity in Adversary Proceeding 8:21-ap-01104-ES.

8. I make these declarations under penalty of perjury of the laws of the United States and know that they are true.

Date: 8/23/2022                Signed: _____

                               ANERIO V. ALTMAN, ESQ.
                               ATTORNEY FOR DEBTOR
                               SUSAN JO WHITE

- 2

DECLARATION

EXHIBIT A

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:22-bk-10652-ES

|  |  |
|---|---|
| *Date filed:* | 04/18/2022 |
| *341 meeting:* | 08/29/2022 |
| *Deadline for objecting to discharge:* | 08/01/2022 |
| *Deadline for financial mgmt. course:* | 08/01/2022 |

*Assigned to:* Erithe A. Smith
Chapter 7
Voluntary
No asset

**Debtor**
**Susan Jo White**
10 Snowberry
Lake Forest, CA 92630
ORANGE-CA
SSN / ITIN: xxx-xx-2902

represented by **Anerio V Altman**
Lake Forest Bankruptcy II, APC
P.O. Box 515381
Ste 97627
Los Angeles, CA 90051-6681
949-218-2002
Fax : 949-218-2002
Email: LakeForestBankruptcy@jubileebk.net

**Bill J Parks**
Law Offices of Bill Parks
316 So Melrose Dr
Vista, CA 92081
760-806-9293
Fax : 760-806-9276
Email: attparks@aol.com

**Trustee**
**Thomas H Casey (TR)**
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
(949) 766-8787

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2022 | <u>1</u><br>(54 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $338 Filed by Susan Jo White (Parks, Bill) WARNING: See docket entry no 7 for correction. Case deficient re Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 5/2/2022. Incomplete Filings due by 5/2/2022. (Nguyen, Vi) (Entered: 04/18/2022) (Entered: 04/18/2022) |
| 04/18/2022 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Susan Jo White. (Parks, Bill) (Entered: 04/18/2022) |

| 04/18/2022 | 3<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Susan Jo White. (Parks, Bill) (Entered: 04/18/2022) |
|---|---|---|
| 04/18/2022 | 4<br>(1 pg) | Signature of Attorney on Petition (Official Form 101 or 201) of Attorney Filed by Debtor Susan Jo White. (Parks, Bill) (Entered: 04/18/2022) |
| 04/18/2022 | 5<br>(13 pgs) | Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Chapter 7 Means Test Calculation (Official Form 122A-2) (BNC Option) Filed by Debtor Susan Jo White. (Parks, Bill) (Entered: 04/18/2022) |
| 04/18/2022 | 6<br>(3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 5/31/2022 at 08:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. for Debtor and Joint Debtor (if joint case) Cert. of Financial Management due by 8/1/2022. Last day to oppose discharge or dischargeability is 8/1/2022. (Scheduled Automatic Assignment, shared account) (Entered: 04/18/2022) |
| 04/18/2022 | | Receipt of Voluntary Petition (Chapter 7)( 8:22-bk-10652) [misc,volp7] ( 338.00) Filing Fee. Receipt number A54156758. Fee amount 338.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/18/2022) |
| 04/18/2022 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Susan Jo White) Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 5/2/2022. Incomplete Filings due by 5/2/2022. (Nguyen, Vi) (Entered: 04/18/2022) |
| 04/18/2022 | 7 | Notice to Filer of Correction Made/No Action Required: **Incorrect schedules /statements recorded as deficient. THE PROPER DEFICIENCY HAS BEEN ISSUED.** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Susan Jo White) (Nguyen, Vi) (Entered: 04/18/2022) |
| 04/18/2022 | 8<br>(1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Susan Jo White) (Nguyen, Vi) (Entered: 04/18/2022) |
| 04/18/2022 | 9<br>(11 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Susan Jo White (RE: related document(s) Set Case Commencement Deficiency Deadlines (ccdn)). (Parks, Bill) (Entered: 04/18/2022) |
| 04/19/2022 | | Notice of Debtor's Prior Filings for debtor Susan Jo White Case Number 21-01414, Chapter 7 filed in California Southern Bankruptcy Court on 04/08/2021; Case Number 21-12064, Chapter 7 filed in California Central Bankruptcy on 04/08/2021 , Dismissed for Other Reason on 02/28/2022.(Admin) (Entered: 04/19/2022) |
| 04/20/2022 | 10<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting (AutoAssign Chapter 7)) No. of Notices: 11. Notice Date 04/20/2022. (Admin.) (Entered: 04/20/2022) |
| 04/20/2022 | 11<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)8 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 04/20/2022. (Admin.) (Entered: 04/20/2022) |

| 04/29/2022 | <u>12</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Heston, Richard. (Heston, Richard) (Entered: 04/29/2022) |
| 05/04/2022 | <u>13</u><br>(1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Duarte, Alberto) (Entered: 05/04/2022) |
| 05/10/2022 | <u>14</u><br>(5 pgs) | Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) . Fee Amount $188, Filed by Creditor Hollie A. Lemkin (Heston, Richard) (Entered: 05/10/2022) |
| 05/10/2022 | <u>15</u><br>(3 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Creditor Hollie A. Lemkin (RE: related document(s)<u>14</u> Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) . Fee Amount $188, Filed by Creditor Hollie A. Lemkin). (Heston, Richard) (Entered: 05/10/2022) |
| 05/10/2022 | | Receipt of Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect( <u>8:22-bk-10652-ES</u>) [motion,nmts] ( 188.00) Filing Fee. Receipt number A54230719. Fee amount 188.00. (re: Doc# <u>14</u>) (U.S. Treasury) (Entered: 05/10/2022) |
| 05/10/2022 | 16 | Hearing Set (RE: related document(s)<u>14</u> Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Hollie A. Lemkin). The Hearing date is set for 6/9/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (TD8) (Entered: 05/11/2022) |
| 05/12/2022 | <u>17</u><br>(42 pgs) | Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate All personal property *filed by Debtor*. Fee Amount $188, Filed by Debtor Susan Jo White (Parks, Bill) (Entered: 05/12/2022) |
| 05/12/2022 | | Receipt of Motion for Relief - Imposing a Stay or Continuing the Automatic Stay( <u>8:22-bk-10652-ES</u>) [motion,nmis] ( 188.00) Filing Fee. Receipt number A54238285. Fee amount 188.00. (re: Doc# <u>17</u>) (U.S. Treasury) (Entered: 05/12/2022) |
| 05/12/2022 | <u>18</u><br>(6 pgs) | Application shortening time *on Motion to Continue automatic stay (document #17)* Filed by Debtor Susan Jo White (Parks, Bill) (Entered: 05/12/2022) |
| 05/12/2022 | <u>19</u><br>(4 pgs) | Order Granting Application and Setting Hearing on Shortened Notice (Hearing: 5/17/2022 at 10:00 a.m., Courtroom 5A via Zoom.gov) (BNC-PDF) (Related Doc # <u>18</u> ) Signed on 5/12/2022 (TD8) (Entered: 05/12/2022) |
| 05/12/2022 | 20 | Hearing Set (RE: related document(s)<u>17</u> Motion for Relief - Imposing a Stay or Continuing the Automatic Stay filed by Debtor Susan Jo White). The Hearing date is set for 5/17/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (TD8) (Entered: 05/12/2022) |
| 05/13/2022 | <u>21</u><br>(5 pgs) | Notice of Hearing *SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO with Proof of Service* Filed by Debtor Susan Jo White (RE: related document(s)<u>17</u> Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate All personal property *filed by Debtor*. Fee |

8/23/22, 6:28 AM

Case 8:22-bk-10652-ES    Doc 72    Filed 08/23/22    Entered 08/23/22 06:37:21    Desc
CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)
Main Document    Page 11 of 23

| | | Amount $188, Filed by Debtor Susan Jo White). (Parks, Bill) (Entered: 05/13/2022) |
|---|---|---|
| 05/13/2022 | 22 (56 pgs) | Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video with Attachments, Filed by Debtor Susan Jo White [EDB] (RE: related document(s)17 Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate All personal property *filed by Debtor*. Fee Amount $188, Filed by Debtor Susan Jo White). The Hearing date is set for 5/17/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (TD8) (Entered: 05/13/2022) |
| 05/14/2022 | 23 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)19 ORDER shortening time (BNC-PDF)) No. of Notices: 1. Notice Date 05/14/2022. (Admin.) (Entered: 05/14/2022) |
| 05/16/2022 | 24 (13 pgs) | Proof of service *Declaration of Bill Parks, counsel for Debtor establishing that telephonic notice, written notice and service of the motion and Order was completed as set forth in the Order (doc#19)* Filed by Debtor Susan Jo White (RE: related document(s)17 Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate All personal property *filed by Debtor*. Fee Amount $188,). (Parks, Bill) (Entered: 05/16/2022) |
| 05/16/2022 | 25 (9 pgs) | Opposition to (related document(s): 17 Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate All personal property *filed by Debtor*. Fee Amount $188, filed by Debtor Susan Jo White) *Opposition to Motion in Individual Case for Order Continuing the Automatic Stay* Filed by Creditor Hollie A. Lemkin (Heston, Richard) - WARNING: See docket entry no. 26 for corrections - Modified on 5/16/2022 (TD8). (Entered: 05/16/2022) |
| 05/16/2022 | 26 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing location was listed. The correct location is Courtroom 5A.THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA TO CORRECT HEARING INFORMATION.** (RE: related document(s)25 Opposition filed by Creditor Hollie A. Lemkin) (TD8) (Entered: 05/16/2022) |
| 05/17/2022 | 27 (2 pgs) | Errata Filed by Creditor Hollie A. Lemkin (RE: related document(s)25 Opposition). (Heston, Richard) (Entered: 05/17/2022) |
| 05/17/2022 | 28 (3 pgs) | Notice of lodgment Filed by Creditor Hollie A. Lemkin (RE: related document(s)17 Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate All personal property *filed by Debtor*. Fee Amount $188, Filed by Debtor Susan Jo White). (Heston, Richard) (Entered: 05/17/2022) |
| 05/17/2022 | 30 | Hearing Held (RE: related document(s)17 Motion for Relief - Imposing a Stay or Continuing the Automatic Stay filed by Debtor Susan Jo White) Motion Denied - Insufficient Evidence by Clear and Convincing Evidence of Good Faith. (JL) (Entered: 05/25/2022) |
| 05/18/2022 | 29 (2 pgs) | Withdrawal re: Filed by Creditor Hollie A. Lemkin (RE: related document(s)14 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) . Fee Amount $188,). (Heston, Richard) (Entered: 05/18/2022) |

8/23/22, 6:28 AM

Case 8:22-bk-10652-ES    Doc 72    Filed 08/23/22    Entered 08/23/22 06:37:21    Desc
CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)
Main Document    Page 12 of 23

| 05/25/2022 | [31](#) <br> (1 pg) | Order Denying Motion in Indiviual Case for Order Imposing a Stay or Continuing the Automatic Stay (BNC-PDF) (Related Doc # 17 ). Signed on 5/25/2022 (TD8) (Entered: 05/25/2022) |
| 05/26/2022 | [32](#) <br> (3 pgs) | Substitution of attorney Filed by Debtor Susan Jo White. (Altman, Anerio) (Entered: 05/26/2022) |
| 05/27/2022 | [33](#) <br> (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)31 Motion for Order Imposing a Stay or Continuing the Automatic Stay (BNC-PDF)) No. of Notices: 1. Notice Date 05/27/2022. (Admin.) (Entered: 05/27/2022) |
| 05/31/2022 | [34](#) <br> (6 pgs) | Motion *to Deem Adversary Proceeding Related to Chapter 7 Case* Filed by Creditor Hollie A. Lemkin (Heston, Richard) (Entered: 05/31/2022) |
| 05/31/2022 | [35](#) <br> (3 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Creditor Hollie A. Lemkin (RE: related document(s)34 Motion *to Deem Adversary Proceeding Related to Chapter 7 Case* Filed by Creditor Hollie A. Lemkin). (Heston, Richard) NOTE: Incorrect hearing date listed; Filer filed amended supplemental notice of hearing to be held remotely using ZoomGov audio and video; SEE DOCUMENT FILED 5/31/2022, DOCUMENT # 36 - Modified on 5/31/2022 (TD8). (Entered: 05/31/2022) |
| 05/31/2022 | [36](#) <br> (3 pgs) | Notice *Amended Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Creditor Hollie A. Lemkin (RE: related document(s)34 Motion *to Deem Adversary Proceeding Related to Chapter 7 Case* Filed by Creditor Hollie A. Lemkin). (Heston, Richard) (Entered: 05/31/2022) |
| 05/31/2022 | 37 | Hearing Set (RE: related document(s)34 Motion to Deem Adversary Proceeding Related to Chapter 7 Case, filed by Creditor Hollie A. Lemkin). The Hearing date is set for 7/14/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (TD8) (Entered: 05/31/2022) |
| 06/01/2022 | 38 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 6/23/2022 at 11:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Casey (TR), Thomas) (Entered: 06/01/2022) |
| 06/01/2022 | [39](#) <br> (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Thomas H Casey (TR). (Casey (TR), Thomas) (Entered: 06/01/2022) |
| 06/09/2022 | 40 | Hearing Held (related document # 14 Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii)) - OFF CALENDAR; Notice of Withdrawal of Motion by Movant filed 5/18/2022 (TD8) (Entered: 06/13/2022) |
| 06/17/2022 | [41](#) <br> (4 pgs) | Stipulation By Susan Jo White and *Creditor Hollie Lemkin* Filed by Debtor Susan Jo White (Altman, Anerio) (Entered: 06/17/2022) |
| 06/17/2022 | [42](#) <br> (5 pgs) | Notice of lodgment Filed by Debtor Susan Jo White (RE: related document(s)41 Stipulation By Susan Jo White and *Creditor Hollie Lemkin* Filed by Debtor Susan Jo White). (Altman, Anerio) (Entered: 06/17/2022) |
| 06/20/2022 | [43](#) <br> (54 pgs) | Statement of Related Cases (LBR Form 1015-2.1) *Amended*, Statement of Financial Affairs for for Individual Filing for Bankruptcy (Official Form 107 or 207) *Amended*, Amended Schedule J: Your Expenses (Official Form 106J) |

| | | *Amended*, Amended Schedule I for Individual: Your Income (Official Form 106I) *Amended*, Amended Schedule A/B for Individual: Property (Official Form 106A/B or 206A/B) *Amended*, Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) *Amended*, Declaration About an Individual Debtor's Schedules (Official Form 106Dec) *Amended*, Chapter 7 Means Test Calculation (Official Form 122A-2) (BNC Option) *Amended*, Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) *Amended* Filed by Debtor Susan Jo White. (Altman, Anerio) (Entered: 06/20/2022) |
|---|---|---|
| 06/20/2022 | <u>44</u><br>(14 pgs) | Amending Schedules (D) (E/F) Filed by Debtor Susan Jo White. (Altman, Anerio) (Entered: 06/20/2022) |
| 06/21/2022 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)( <u>8:22-bk-10652-ES</u>) [misc,amdsch] ( 32.00) Filing Fee. Receipt number A54353718. Fee amount 32.00. (re: Doc# <u>44</u>) (U.S. Treasury) (Entered: 06/21/2022) |
| 06/21/2022 | <u>45</u><br>(18 pgs) | Amended Schedule A/B for Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) Filed by Debtor Susan Jo White. (Altman, Anerio) (Entered: 06/21/2022) |
| 06/21/2022 | <u>46</u><br>(2 pgs) | Order Approving Stipulation To Continue Deadlines For Creditor Hollie Lemkin To File A complaint To Object Under 11 USC Sec 523 And 727 - Creditor, Hollie Lemkin, may have until September 1, 2022 to file a complaint under 11 USC Sec 523 or 727 (BNC-PDF) (Related Doc # <u>41</u> ) Signed on 6/21/2022 (SD8) (Entered: 06/21/2022) |
| 06/23/2022 | <u>47</u><br>(10 pgs) | Addendum to voluntary petition Filed by Debtor Susan Jo White. (Altman, Anerio)WARNING: See docket entry no 48 for correction. Modified on 6/23/2022 (VN). (Entered: 06/23/2022) |
| 06/23/2022 | 48 | Notice to Filer of Error and/or Deficient Document **Other - Missing debtor's last 4 digits of SSN. THE FILER IS INSTRUCTED TO RE-FILE THE COMPLETE DOCUMENT.** (RE: related document(s)<u>47</u> Addendum to Vol Pet filed by Debtor Susan Jo White) (VN) (Entered: 06/23/2022) |
| 06/24/2022 | 49 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 7/5/2022 at 11:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Casey (TR), Thomas) (Entered: 06/24/2022) |
| 06/24/2022 | <u>50</u><br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Thomas H Casey (TR). (Casey (TR), Thomas) (Entered: 06/24/2022) |
| 06/24/2022 | <u>51</u><br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>46</u> Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 06/24/2022. (Admin.) (Entered: 06/24/2022) |
| 06/30/2022 | <u>52</u><br>(12 pgs) | Opposition to (related document(s): <u>34</u> Motion *to Deem Adversary Proceeding Related to Chapter 7 Case* filed by Creditor Hollie A. Lemkin) Filed by Debtor Susan Jo White (Altman, Anerio) (Entered: 06/30/2022) |
| 07/06/2022 | 53 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 7/25/2022 at 11:00 AM at TR 7, TELEPHONIC |

8/23/22, 6:28 AM

Case 8:22-bk-10652-ES    Doc 72    Filed 08/23/22    Entered 08/23/22 06:37:21    Desc
CM/ECF - U.S. Bankruptcy Court (v6.4.2 - LIVE)
Main Document    Page 14 of 23

| | | |
|---|---|---|
| | | MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Casey (TR), Thomas) (Entered: 07/06/2022) |
| 07/06/2022 | **54**<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Thomas H Casey (TR). (Casey (TR), Thomas) (Entered: 07/06/2022) |
| 07/06/2022 | **55**<br>(9 pgs) | Reply to (related document(s): 52 Opposition filed by Debtor Susan Jo White) *Reply to Debtor's Opposition to Motion to Deem Adversary Proceeding Related to Chapter 7 Case; Declaration of Richard G. Heston* Filed by Creditor Hollie A. Lemkin (Heston, Richard). Related document(s) 34 Motion *to Deem Adversary Proceeding Related to Chapter 7 Case* filed by Creditor Hollie A. Lemkin. Modified on 7/6/2022 (JL). (Entered: 07/06/2022) |
| 07/14/2022 | 57 | Hearing Held (RE: related document(s)34 Creditor Hollie A. Lemkin's Motion to Deem Adversary Proceeding Related to Chapter 7 Case filed by Creditor Hollie A. Lemkin) Motion Denied without Prejudice to Movant Re-Filing Another. (JL) (Entered: 07/20/2022) |
| 07/18/2022 | **56**<br>(3 pgs) | Notice of lodgment Filed by Creditor Hollie A. Lemkin (RE: related document(s)34 Motion *to Deem Adversary Proceeding Related to Chapter 7 Case* Filed by Creditor Hollie A. Lemkin. (Heston, Richard) (Entered: 07/18/2022) |
| 07/22/2022 | **58**<br>(41 pgs) | Addendum to voluntary petition , Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Debtor Susan Jo White. (Altman, Anerio) (Entered: 07/22/2022) |
| 07/26/2022 | **59**<br>(1 pg) | Order Denying Motion to Deem Adversary Case Related to Chapter 7 Case (BNC-PDF) (Related Doc # 34 ) Signed on 7/26/2022 (TD8) (Entered: 07/26/2022) |
| 07/26/2022 | 60 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 8/8/2022 at 11:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Casey (TR), Thomas) (Entered: 07/26/2022) |
| 07/26/2022 | **61**<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Thomas H Casey (TR). (Casey (TR), Thomas) (Entered: 07/26/2022) |
| 07/28/2022 | **62**<br>(10 pgs) | Motion for extension of time to file a complaint objecting to discharge *Notice of Chapter 7 Trustee's Motion and Motion to Extend the Time for the Chapter 7 Trustee and the Office of the United States Trustee to File a Section 727 Complaint Pursuant to FRBP 4004(b); Memorandum of Points and Authorities; and Declaration of Thomas H. Casey in Support Thereof with Proof of Service* Filed by Trustee Thomas H Casey (TR) (Casey (TR), Thomas) (Entered: 07/28/2022) |
| 07/28/2022 | **63**<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)59 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 07/28/2022. (Admin.) (Entered: 07/28/2022) |
| 07/29/2022 | **64**<br>(7 pgs) | Motion *for Order Approving Questioning of Debtor by Creditor Hollie Lemkin at Meeting of Creditors Pursuant to 11 U.S.C. Section 341(a)* Filed by Creditor Hollie A. Lemkin (Heston, Richard) (Entered: 07/29/2022) |

| | | |
|---|---|---|
| 08/05/2022 | <u>65</u><br>(5 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Creditor Hollie A. Lemkin (RE: related document(s)<u>64</u> Motion *for Order Approving Questioning of Debtor by Creditor Hollie Lemkin at Meeting of Creditors Pursuant to 11 U.S.C. Section 341(a)* Filed by Creditor Hollie A. Lemkin). (Heston, Richard) (Entered: 08/05/2022) |
| 08/05/2022 | <u>66</u><br>(5 pgs) | Amended Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *Amended* Filed by Creditor Hollie A. Lemkin (RE: related document(s)<u>64</u> Motion *for Order Approving Questioning of Debtor by Creditor Hollie Lemkin at Meeting of Creditors Pursuant to 11 U.S.C. Section 341(a)* Filed by Creditor Hollie A. Lemkin). (Heston, Richard) Modified on 8/8/2022 (TD8). (Entered: 08/05/2022) |
| 08/09/2022 | 67 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 8/29/2022 at 11:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Casey (TR), Thomas) (Entered: 08/09/2022) |
| 08/09/2022 | <u>68</u><br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Thomas H Casey (TR). (Casey (TR), Thomas) (Entered: 08/09/2022) |
| 08/17/2022 | <u>69</u><br>(14 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Exhibit and Proof of Service* Filed by Trustee Thomas H Casey (TR) (RE: related document(s)<u>62</u> Motion for extension of time to file a complaint objecting to discharge *Notice of Chapter 7 Trustee's Motion and Motion to Extend the Time for the Chapter 7 Trustee and the Office of the United States Trustee to File a Section 727 Complaint Purs). (Casey (TR), Thomas) (Entered: 08/17/2022)* |
| 08/18/2022 | <u>70</u><br>(2 pgs) | Order Granting Chapter 7 Trustee's Motion to Extend the Time for the Chapter 7 Trustee and the Ofice of the United States Trustee to File a Complaint Pursuant to 11 U.S.C. Section 727 - Extended for Approximately Ninety (90) Days From July 29, 2022, through and including October 27, 2022 (BNC-PDF) (Related Doc # <u>62</u> ) Signed on 8/18/2022 (TD8) (Entered: 08/18/2022) |
| 08/20/2022 | <u>71</u><br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>70</u> Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 08/20/2022. (Admin.) (Entered: 08/20/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/23/2022 06:28:43 | | |
| **PACER Login:** | atty228445 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-bk-10652-ES Fil or Ent: filed From: 5/25/2020 To: 8/23/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |

| Billable Pages: | 7 | Cost: | 0.70 |
| --- | --- | --- | --- |

# EXHIBIT B

8/23/22, 6:30 AM
Case 8:22-bk-10652-ES    Doc 72    Filed 08/23/22    Entered 08/23/22 06:37:21    Desc
CM/ECF - U.S. Bankruptcy Court (NG 1.6.4-LIVE)
Main Document    Page 18 of 23

727OBJ

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Adversary Proceeding #: 8:21-ap-01104-ES

*Assigned to:* Erithe A. Smith
*Lead BK Case:* 21-12064
*Lead BK Title:* Susan Jo White
*Lead BK Chapter:* 7
*Demand:* $475000

*Date Filed:* 11/29/21

*Nature[s] of Suit:* 41 Objection / revocation of discharge - 727(c),(d),(e)
68 Dischargeability - 523(a)(6), willful and malicious injury

### Plaintiff
-----------------------

**Hollie A. Lemkin**

represented by **Richard G. Heston**
19700 Fairchild Rd Ste 280
Irvine, CA 92612
949-222-1041
Fax : 949-222-1043
Email: rheston@hestonlaw.com

V.

### Defendant
-----------------------

**Susan Jo White**
25422 Trabuco Rd
Suite 105-441
Lake Forest, CA 92630
SSN / ITIN: xxx-xx-2902

represented by **Anerio V Altman**
Lake Forest Bankruptcy II, APC
P.O. Box 515381
Ste 97627
Los Angeles, CA 90051-6681
949-218-2002
Fax : 949-218-2002
Email: LakeForestBankruptcy@jubileebk.net

**Bill J Parks**
Law Offices of Bill Parks
316 So Melrose Dr
Vista, CA 92081
760-806-9293
Fax : 760-806-9276
Email: attparks@aol.com

### Trustee
-----------------------

**Jeffrey I Golden (TR)**
650 Town Center Drive, Suite 600

Costa Mesa, CA 92626
(714) 966-1000

**U.S. Trustee**
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 11/29/2021 | <u>1</u><br>(8 pgs) | Adversary case 8:21-ap-01104. Complaint by Lemkin A. Hollie against Susan Jo White. Fee Amount $350 Nature of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))),(68 (Dischargeability - 523(a)(6), willful and malicious injury)) (Heston, Richard) (Entered: 11/29/2021) |
| 11/29/2021 | | Receipt of Complaint( <u>8:21-ap-01104-MW</u>) [cmp,cmp] ( 350.00) Filing Fee. Receipt number B53655726. Fee amount 350.00. (re: Doc# <u>1</u>) (U.S. Treasury) (Entered: 11/29/2021) |
| 11/30/2021 | <u>2</u><br>(7 pgs; 2 docs) | Summons Issued on Susan Jo White Date Issued 11/30/2021, Answer Due 12/30/2021 (RE: related document(s)<u>1</u> Complaint filed by Plaintiff Hollie A. Lemkin) Status hearing to be held on 2/9/2022 at 09:00 AM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Le, James) (Entered: 11/30/2021) |
| 12/01/2021 | <u>3</u><br>(3 pgs) | Summons Service Executed on Susan Jo White 12/1/2021 (Heston, Richard) (Entered: 12/01/2021) |
| 12/29/2021 | <u>4</u><br>(8 pgs) | Opposition to (related document(s): <u>1</u> Complaint filed by Plaintiff Hollie A. Lemkin, <u>2</u> Summons Issued) *with proof of service* Filed by Defendant Susan Jo White (Parks, Bill) Warning: See docket entry no: 5 Modified on 12/30/2021 (Daniels, Sally). (Entered: 12/29/2021) |
| 12/30/2021 | 5 | Notice to Filer of Correction Made/No Action Required: **Other - Incorrect event code used. The correct event code is Answer which is located under Adversary Events > AP-Answers THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)4 Opposition filed by Defendant Susan Jo White) (Daniels, Sally) (Entered: 12/30/2021) |
| 01/06/2022 | | Judge Erithe A. Smith added to case (Le, James) (Entered: 01/06/2022) |
| 01/06/2022 | <u>6</u><br>(1 pg) | Notice of reassignment of case (BNC) (Le, James) (Entered: 01/06/2022) |
| 01/08/2022 | <u>7</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)<u>6</u> Notice of reassignment of case (BNC)) No. of Notices: 1. Notice Date 01/08/2022. (Admin.) (Entered: 01/08/2022) |
| 01/27/2022 | <u>8</u><br>(2 pgs) | Notice *of Continued Status Conference* Filed by Plaintiff Hollie A. Lemkin (RE: related document(s)<u>1</u> Adversary case 8:21-ap-01104. Complaint by Lemkin A. Hollie against Susan Jo White. Fee Amount $350 Nature of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))),(68 |

8/23/22, 6:30 AM

Case 8:22-bk-10652-ES    Doc 72    Filed 08/23/22    Entered 08/23/22 06:37:21    Desc
CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)
Main Document        Page 20 of 23

| | | (Dischargeability - 523(a)(6), willful and malicious injury)) filed by Plaintiff Hollie A. Lemkin. (Heston, Richard) (Entered: 01/27/2022) |
|---|---|---|
| 01/27/2022 | **9**<br>(3 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Plaintiff Hollie A. Lemkin (RE: related document(s)8 Notice *of Continued Status Conference* Filed by Plaintiff Hollie A. Lemkin (RE: related document(s)1 Adversary case 8:21-ap-01104. Complaint by Lemkin A. Hollie against Susan Jo White. Fee Amount $350 Nature of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))),(68 (Dischargeability - 523(a)(6), willful and malicious injury)) filed by Plaintiff Hollie A. Lemkin).). (Heston, Richard) (Entered: 01/27/2022) |
| 02/09/2022 | 10 | Hearing Held (RE: related document(s)1 STATUS CONFERENCE RE: Complaint to Determine Non-Dischargeability Pursuant to 11 U.S.C. Section 523(a)(6) and Objecting to Grant of Discharge Pursuant to 11 U.S.C. Section 727(a)(4)(A) filed by Plaintiff Hollie A. Lemkin) OFF CALENDAR - CASE REASSIGNED TO JUDGE SMITH. STATUS CONFERENCE TO BE HEARD IN FRONT OF JUDGE SMITH ON MARCH 10, 2022 AT 9:30 AM. (Le, James) (Entered: 02/10/2022) |
| 02/16/2022 | **11**<br>(5 pgs) | Status report *Joint* Filed by Plaintiff Hollie A. Lemkin (RE: related document(s) 10 Hearing Held (Adv Other)). (Heston, Richard) (Entered: 02/16/2022) |
| 03/10/2022 | **12**<br>(2 pgs) | Status Conference and Scheduling Order Pursuant to LBR 7016-1(a)(4) (BNC-PDF) Signed on 3/10/2022. Pre-Trial Conference set for 6/30/2022 at 09:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith A Pre-Trial Stipulation to be lodged by June 16, 2022. The Last Day for Discovery to be Completed, including receiving Responses to Discovery Requests, is May 19, 2022. (RE: related document(s)1 STATUS CONFERENCE RE: Complaint to Determine Non-Dischargeability Pursuant to 11 U.S.C. Section 523(a)(6) and Objecting to Grant of Discharge Pursuant to 11 U.S.C. Section 727(a)(4)(A) filed by Plaintiff Hollie A. Lemkin) (Le, James) (Entered: 03/10/2022) |
| 03/10/2022 | **13**<br>(5 pgs) | Status report *Amended Joint Status Report* Filed by Plaintiff Hollie A. Lemkin (RE: related document(s) 10 Hearing Held (Adv Other)). (Heston, Richard) (Entered: 03/10/2022) |
| 03/10/2022 | 15 | Hearing Rescheduled/Continued (RE: related document(s)1 Complaint filed by Plaintiff Hollie A. Lemkin). Discovery Cut-Off Date: 5/19/2022. Pre-Trial Conference set for 6/30/2022 at 09:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. Deadline to File Joint Pretrial Stipulation: 6/16/2022. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 03/22/2022) |
| 03/12/2022 | **14**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)12 Scheduling Order (BNC-PDF)) No. of Notices: 1. Notice Date 03/12/2022. (Admin.) (Entered: 03/12/2022) |
| 03/31/2022 | **16**<br>(2 pgs) | Notice *of Continued Pre-Trial Conference* Filed by Plaintiff Hollie A. Lemkin (RE: related document(s) 15 Hearing Rescheduled/Continued (RE: related document(s)1 Complaint filed by Plaintiff Hollie A. Lemkin). Discovery Cut-Off Date: 5/19/2022. Pre-Trial Conference set for 6/30/2022 at 09:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. Deadline to File Joint Pretrial Stipulation: 6/16/2022. The case judge is Erithe A. Smith). (Heston, Richard) (Entered: 03/31/2022) |

| | | |
|---|---|---|
| 03/31/2022 | <u>17</u><br>(3 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Plaintiff Hollie A. Lemkin (RE: related document(s)<u>16</u> Notice *of Continued Pre-Trial Conference* Filed by Plaintiff Hollie A. Lemkin (RE: related document(s) 15 Hearing Rescheduled/Continued (RE: related document(s)<u>1</u> Complaint filed by Plaintiff Hollie A. Lemkin). Discovery Cut-0ff Date: 5/19/2022. Pre-Trial Conference set for 6/30/2022 at 09:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. Deadline to File Joint Pretrial Stipulation: 6/16/2022. The case judge is Erithe A. Smith). filed by Plaintiff Hollie A. Lemkin). (Heston, Richard) (Entered: 03/31/2022) |
| 05/18/2022 | <u>18</u><br>(1 pg) | Transcript Order Form, regarding Hearing Date 3/10/2022 Filed by Plaintiff Hollie A. Lemkin. (Heston, Richard) (Entered: 05/18/2022) |
| 05/19/2022 | 19 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 22-ES-17. RE Hearing Date: 3/10/22, [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING CO., INC., Telephone number Ph: (310) 410-4151.] (RE: related document(s)<u>18</u> Transcript Order Form (Public Request) filed by Plaintiff Hollie A. Lemkin) (JL) (Entered: 05/19/2022) |
| 05/26/2022 | <u>20</u><br>(3 pgs) | Substitution of attorney Filed by Defendant Susan Jo White. (Altman, Anerio) (Entered: 05/26/2022) |
| 06/09/2022 | 21 | Transcript regarding Hearing Held 03/10/22 RE: CONTD STATUS CONFERENCE RE: COMPLAINT TO DETERMINE NON-DISCHARGEABILITY PURSUANT TO 11 U.S.C. SECTION 523(a)(6) AND OBJECTING TO GRANT OF DISCHARGE PURSUANT TO 11 U.S.C. SECTION 727(a)(4)(A). Remote electronic access to the transcript is restricted until 09/7/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 6/16/2022. Redaction Request Due By 06/30/2022. Redacted Transcript Submission Due By 07/11/2022. Transcript access will be restricted through 09/7/2022. (Steinhauer, Holly) (Entered: 06/09/2022) |
| 06/17/2022 | <u>22</u><br>(5 pgs) | Stipulation By Susan Jo White and *Plaintiff Hollie Lemkin* Filed by Defendant Susan Jo White (Altman, Anerio) (Entered: 06/17/2022) |
| 06/27/2022 | <u>23</u><br>(2 pgs) | Order on Stipulation to Continue Hearings. The Pre-Trial Conference is CONTINUED TO August 18, 2022 at 9:30 a.m. A Joint Pre-Trial Stipulation Shall be Filed by August 4, 2022 (BNC-PDF) (Related Doc # <u>22</u> ) Signed on 6/27/2022 (TD8) (Entered: 06/27/2022) |
| 06/29/2022 | <u>24</u><br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>23</u> Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 06/29/2022. (Admin.) (Entered: 06/29/2022) |
| 06/30/2022 | 25 | Hearing Rescheduled/Continued (RE: related document(s)<u>1</u> Complaint filed by Plaintiff Hollie A. Lemkin). Pre-Trial Conference CONTINUED TO 7/14/2022 at 09:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701, on Court's Own Motion. The case judge is Erithe A. Smith (TD8) (Entered: 07/19/2022) |

| 07/14/2022 | 26 | Hearing Rescheduled/Continued (RE: related document(s)1 Complaint filed by Plaintiff Hollie A. Lemkin) CONTINUED TO 8/18/2022 AT 9:30 A.M., Per Order Entered 6/27/2022 (JL) (Entered: 07/20/2022) |
|---|---|---|
| 07/29/2022 | 27 (7 pgs) | Motion to Dismiss Adversary Proceeding *for Denial of Discharge and Determination of Dischargeability* Filed by Plaintiff Hollie A. Lemkin (Heston, Richard) (Entered: 07/29/2022) |
| 08/05/2022 | 28 (5 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Plaintiff Hollie A. Lemkin (RE: related document(s)27 Motion to Dismiss Adversary Proceeding *for Denial of Discharge and Determination of Dischargeability* Filed by Plaintiff Hollie A. Lemkin filed by Plaintiff Hollie A. Lemkin). (Heston, Richard) (Entered: 08/05/2022) |
| 08/05/2022 | 29 (5 pgs) | Amended Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *Amended* Filed by Plaintiff Hollie A. Lemkin (RE: related document(s)27 Motion to Dismiss Adversary Proceeding *for Denial of Discharge and Determination of Dischargeability* Filed by Plaintiff Hollie A. Lemkin). (Heston, Richard) Modified on 8/8/2022 (TD8). (Entered: 08/05/2022) |
| 08/09/2022 | 30 (4 pgs) | Stipulation By Hollie A. Lemkin and *Stipulation for Order Continuing Pretrial Conference Pending Determination of Motion for Dismissal of Adversary Proceeding* Filed by Plaintiff Hollie A. Lemkin (Heston, Richard) (Entered: 08/09/2022) |
| 08/09/2022 | 31 (2 pgs) | Order Approving Stipulation for Order Continuing Pretrial Conference Pending Determination of Motion for Dismissal of Adversary Proceeding. The Pretrial Conference Currently Scheduled for August 18, 2022 is Continued to October 11, 2022 at 1:30 p.m. before Judge Scott C. Clarkson in Courtroom 5C (See Order for Further Ruling) (BNC-PDF) (Related Doc # 30 ) Signed on 8/9/2022 (TD8) (Entered: 08/09/2022) |
| 08/11/2022 | 32 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)31 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 08/11/2022. (Admin.) (Entered: 08/11/2022) |
| 08/18/2022 | 33 | Hearing Rescheduled/Continued (RE: related document(s)1 Complaint filed by Plaintiff Hollie A. Lemkin) CONTINUED TO 10/11/2022 AT 1:30 P.M. BEFORE JUDGE SCOTT C. CLARKSON, COURTROOM 5C, Per Order Entered 8/9/2022 (JL) (Entered: 08/18/2022) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/23/2022 06:30:48 | | |
| **PACER Login:** | atty228445 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:21-ap-01104-ES Fil or Ent: filed From: 5/25/2020 To: 8/23/2022 Doc From: 0 Doc To: 99999999 Term: |

|  |  |  | included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 4 | **Cost:** | 0.40 |