

**FILED & ENTERED**

SEP 19 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Susan Jo White<br><br><br><br>Debtor(s). | Case No.: 8:22-bk-10652-SC<br><br>CHAPTER 7<br><br>**ORDER SETTING HEARING ON STIPULATION TO DISMISS**<br><br>Date:          October 11, 2022<br>Time:         11:00 a.m.<br>Courtroom: 5C - Virtual |

Debtor and the United States Trustee have entered into a Stipulation to Dismiss with a 180 day bar, filed September 9, 2022 [Dk. 82] ("Stipulation"). At a hearing on September 13, 2022, on creditor's motion to compel Debtor to answer questions, [Dk. 64], the creditor indicated that creditor would object to the Stipulation. No such objection has been filed. The United States Trustee filed a Supplemental Proof of Service on September 12, 2022 [Dk. 84], and another, serving all creditors, on September 14, 2022 [Dk. 88].

Having reviewed the Stipulation and the docket as a whole, the Court finds it appropriate to set the Stipulation for hearing on October 11, 2022, at 11:00 a.m. **If no**

**objection is filed by September 27, 2022, the Court will APPROVE the Stipulation and vacate the hearing.** If an objection is filed, the Court will review the objection and will determine whether a hearing is necessary.

   IT IS SO ORDERED.

Date: September 19, 2022

Scott C. Clarkson
United States Bankruptcy Judge